RECEIVED
IN ALEXANDRIA, LA.
JUL 14 2010
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| WILLIAM STAPLES<br>  FED. REG. # 07725-089 | CIVIL ACTION NO.1:09-CV-2143 |
| | SECTION P |
| VS. | |
| | JUDGE DRELL |
| WARDEN JOE KEFFER | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** the Petition for Writ of *Habeas Corpus* be **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 13th day of July, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE